# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EVAN EUGENE MOORE,

    Petitioner

v.

JERRY HOWELL, et al.,

    Respondents

Case No.: 2:18-cv-02345-JAD-BNW

**Order Granting Enlargement of Time**

**[ECF No. 12]**

Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 12] is GRANTED.** Respondents have until July 22, 2019, to file a supplemental set of exhibits in support of their motion to dismiss. In light of this extension, petitioner Moore will have until August 5, 2019, to file a response to the motion to dismiss.

Dated: June 7, 2019

                                        _____
                                        U.S. District Judge Jennifer A. Dorsey